Beerly *v.* 1542 Corporation (et al., Appellant).

Argued March 22, 1973. *Gerald J. St. John,* with him *Schnader, Harrison, Segal & Lewis,* for appellant; *John C. Capek,* with him *Manchel, Lundy & Lessin,* for appellee.

Order affirmed.

Berstecher, Appellant, *v.* Berstecher.

Argued March 27, 1973. *Thur W. Young,* with him *Fink and Young,* for appellant; *William H. R. Casey.* with him *Rossi, Guerrelli, Suter & Casey,* for appellee.

Order affirmed.

Bicchielli *v.* Agway, Inc., Appellant.

Argued March 20, 1973. *Joseph J. Musto,* with him *Bedford, Waller, Griffith, Darling & Mitchell,* for appellant; *Ettore S. Agolino,* for appellee.

Order affirmed.